AO 91 (Rev. 11/11)  Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
AUG 2 2 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br><br>David Hernandez<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         25-mj- 3142<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 20, 2025** in the county of **Morgan** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Controlled Substances |
| 18 U.S.C. 924 (c) | Using, Carrying, or Possessing a Firearm During and in Relation to a Crime of Violence or Drug Trafficking Crime |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Amanda Petersen, DEA
*Printed name and title*

Sworn and subscribed to me by telephone pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

Date: 8/22/2025

*Judge's signature*

City and state: Springfield, Illinois       Colleen R. Lawless, United States District Judge
*Printed name and title*

## AFFIDAVIT

I, Amanda Petersen, the undersigned affiant, being first duly sworn upon oath, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the Drug Enforcement Administration (DEA) and have been so since 2021. I am assigned to the Springfield, Illinois, Resident Office. I have received specialized training in various aspects of narcotics investigations, which include, but are not limited to individuals and organizations deriving income from the unlawful distribution of controlled substances. Prior to joining the DEA, I worked as an Adult Probation Officer, Drug Court Probation Officer, and Pre-Trial Service Officer for Sangamon County Court Services in Springfield, Illinois. As a Probation Officer, I supervised offenders in accordance with department standards to determine compliance with court orders and prepared complex Pre-Sentence Investigations for the courts by collecting and analyzing data from a variety of sources to assist the Court in sentencing individuals convicted of a crime. Furthermore, I have a Bachelor of Science in Homeland Security and Criminal Justice and a Master of Arts degree in Law Enforcement and Justice Administration.

2.      I am empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Title 18 of the United States Code, as

amended, related to money laundering, and the offenses enumerated in Title 21 of the United States Code, as amended, relating to the possession and distribution of narcotics. As a DEA Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. Based on my training and experience, as well as information provided to me by other law enforcement agents and other individuals, I am familiar with the methods used in narcotics-trafficking operations and the trafficking patterns employed by individuals in narcotics organizations. I am knowledgeable of the common methods and modes of narcotics operations and the language and patterns of narcotics abuse and trafficking. I am familiar with the methods of operation typically used by narcotics traffickers, including common means and patterns of communications. This includes how they manufacture, distribute, transport, sell, obtain, and discuss narcotics and generally how they operate drug conspiracies, including means employed to avoid detection.

4. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging David Hernandez (Hernandez) with the distribution of a

2

controlled substance. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the alleged in the complaint.

5. I make this affidavit in support of an arrest warrant and complaint charging David Hernandez (DOB: 01/27/1986)(HERNANDEZ) with Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1) and Using, Carrying, or Possessing a Firearm During and in Relation to a Crime of Violence or Drug Trafficking Crime in violation of Title 18, United States Code, Section 924(c).

## PROBABLE CAUSE

6. On August 20, 2025, Morgan County Sheriff Deputy Suttles was observing traffic from a turn around on Interstate 72 just west of the Route 64 exit. While observing traffic, Deputy Suttles observed a White Dodge Ram Pickup bearing Texas registration plate WNS4336 travel east bound. Deputy Suttles pulled behind the vehicle and began to follow the vehicle as it turned north onto U.S. 267 and then into Love's Truck Stop before turning into the diesel side of the Truck Stop. Deputy Suttles followed the Dodge Ram as it drove and eventually parked behind what appeared to be a disabled semi. Deputy Suttles then observed a Hispanic male, later identified as HERNANDEZ, exit the

3

driver's seat of the Dodge Ram and enter the Love's. HERNANDEZ did not interact with the disabled semi. A short time later, HERNANDEZ exited the Love's, got back into his vehicle, drove around the parking lot and passed Deputy Suttles. Deputy Suttles then observed the vehicle, driven by HERNANDEZ, back into a parking spot. At this time, Deputy Suttles decided to make contact with HERNANDEZ.

7. Deputy Suttles parked his marked squad vehicle parallel with the Dodge Ram. HERNANDEZ exited his vehicle and Deputy Suttles engaged in conversation with HERNANDEZ. Deputy Suttles identified the driver as HERNANDEZ, via a Texas Driver License. During this conversation Deputy Suttles asked HERNANDEZ if there was anything illegal in his vehicle and if Deputy Suttles could look in the vehicle. HERNANDEZ advised Deputy Suttles he could look in his vehicle. As Deputy Suttles exited his squad vehicle, HERNANDEZ admitted he did have a handgun inside his truck. Deputy Suttles advised HERNANDEZ that if he was okay with Deputy Suttles searching his vehicle, Deputy Suttles would recover the firearm. HERNANDEZ agreed and Deputy Suttles retrieved the loaded firearm. Deputy Suttles continued a search of HERNANDEZ's vehicle. In truck bed of the vehicle, Deputy Suttles observed four 5-gallon buckets pushed under the welder and air compressor in the front part of the bed. Deputy Suttles asked HERNANDEZ if he could look inside the

buckets to which HERNANDEZ agreed. Deputy Suttles looked inside one of the buckets and observed what appeared to be multiple vacuum sealed kilogram packages submerged in oil.

8. A count of the sealed kilogram packages revealed a total of 30-kilogram packages. Investigators field-tested one of the kilogram packages on scene, which field tested positive for the presence of cocaine.

9. During this investigation, HERNANDEZ admitted having knowledge of the 30 sealed kilograms of suspected cocaine and that he intended to deliver it to another person. HERNANDEZ also admitted he regularly carries the firearm for protection.

## CONCLUSION

10. I respectfully submit this affidavit establishes the probable cause for the arrest and charging of David HERNANDEZ for the above referenced offense.

## REQUEST FOR SEALING

11.     I further request that the Court order that all documents in support of this application, including the affidavit, search warrant and subsequent return, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

_____
Amanda Petersen
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 22 day of August, 2025.

_____
Honorable Colleen R. Lawless
United States District Judge